IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30908
Summary Calendar
_____

ROBERT JOHNSON,

Plaintiff-Appellant,

versus

HISTORIC RESTORATION, INC.,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-3088-B)
--------------------
February 2, 2000

Before POLITZ, JONES, and WIENER, CIRCUIT JUDGES.

PER CURIAM:[*]

Plaintiff-Appellant Robert Johnson appeals the dismissal with prejudice by the district court of his employment discrimination and tort claims against Defendant-Appellee Historic Restoration, Inc. ("HR"), for failure timely and properly to effectuate service of process pursuant to Fed. R. Civ. Pro. 4. Concluding that (1) the district court correctly determined that Johnson's otherwise timely service on a common law employee of HR without demonstrating anything approaching a diligent effort to accomplish service on that corporation's registered agent was ineffective, and (2) the

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court did not abuse its discretion in refusing to give Johnson additional time to effect service, principally because Johnson failed to show good cause for his failure to accomplish valid service within the statutory 120 days following the filing of his complaint, we affirm.

We have carefully reviewed the record on appeal and the facts and law as related to us by counsel in their respective appellate briefs, and have likewise carefully considered the Order & Reasons entered by the district court on July 20, 1999, as a result of which we are convinced that the district court not only did not commit reversible error but affirmatively ruled correctly and analyzed the issues accurately and completely. Rather than wasting judicial resources by writing anew, therefore, we affirm for the reasons set forth by the district court and adopt its Order & Reasons by reference.

AFFIRMED.